LAURENCEVILLE CEMENT CO., Respondent, *v.* PARKER, Appellant.

(*Common Pleas of New York City and County, General Term.*  November 12, 1890.)

Appeal from city court, general term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*B. Doran Killian,* for appellant.  *Arnoux, Ritch & Woodford,* for respondent.

No opinion.  Judgment affirmed, with costs.  Affirming 10 N. Y. Supp. 831.

---

HALL, Respondent, *v.* DANNERLEIN, Appellant.

(*Common Pleas of New York City and County, General Term.*  November 13, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*H. C. Henderson,* for appellant.  *Thos. S. Bassford,* for respondent.

No opinion.  Motion to dismiss appeal for non-service of papers denied.

---

MEYERS, Respondent, *v.* METROPOLITAN EL. R. CO., Appellant, (two cases.)

(*Common Pleas of New York City and County, General Term.*  November 13, 1890.)

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Davies & Rapallo,* for appellant.  *Abbett & Fuller,* for respondent.

No opinion.  Motion to dismiss appeal for non-service of printed papers denied.

---

WORMAN, Respondent, *v.* FRANKISH *et al.,* Appellants.

(*Common Pleas of New York City and County, General Term.*  November 13, 1890.)

Appeal from special term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Johnston & Johnston,* for appellants.  *Theall & Beall,* for respondent.

No opinion.  Appeal dismissed, with costs.

---

BIGGART, Respondent, *v.* MANHATTAN EL. R. CO. *et al.,* Appellants.

(*Common Pleas of New York City and County, General Term.*  November 14, 1890.)

Appeal from special term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Davies & Rapallo,* for appellant.  *J. A. Weekes, Jr.,* for respondents.

No opinion.  Order reversed, with costs.

---

HAMILTON, Appellant, *v.* GIBBS *et al.,* Respondents.

(*Common Pleas of New York City and County, General Term.*  November 14, 1890.)

Appeal from city court, general term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*Ely & Walker,* for appellant.  *J. D. Hallen,* for respondents.

No opinion.  Interlocutory judgment affirmed, with costs.  Affirming 10 N. Y. Supp. 521.

---

REID, Appellant, *v.* BELL, Respondent.

(*Common Pleas of New York City and County, General Term.*  November 14, 1890.)

Appeal from special term.

Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.

*D. D. Sherman,* for appellant.  *M. L. Townsend,* for respondent.

No opinion.  Judgment affirmed, with costs.